DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHARLES CAPELLA,

Appellant

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2287
_____

August 23, 2024

Appeal from the Circuit Court for Pinellas County; Susan St. John, Judge.

Howard L. Dimmig, II, Public Defender, and Jeri Delgado, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Tayna Alexander, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.